UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALD SPRINGER, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CUSTARD INSURANCE ADJUSTERS, INC.,<br><br>    Defendant. | Case No. 17-cv-05840-WHO<br>Case No.: 18-cv-02768-WHO<br>Case No.: 18-cv-04670-WHO<br>Case No.: 18-cv-05487-WHO<br><br>**JUDGMENT** |

Judgment is hereby entered in these four related cases in accordance with the Court's July 18, 2019 Order on Final Approval and Award of Fees. The Clerk shall close each case.

**IT IS SO ORDERED.**

Dated: July 22, 2019

William H. Orrick
United States District Judge